**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carlos Ramos | 8:17-CV-1987-T-36TBM |
| DEFENDANT | TYPE OF PROCESS |
| Merritt Wellness Center | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Merritt Wellness Center c/o Marlene Merritt

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5750 Balcones Dr. #106 Austin, TX 78731

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carlos Ramos
6168 Layton Ave
Spring Hill, FL 34608

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Registered Agent — Marlene Merritt
Serve Same Address as Above

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 407-777-6125
DATE: 08/31/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process:
District of Origin: No. 018
District to Serve: No. 080
Signature of Authorized USMS Deputy or Clerk
Date: 10/02/17

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Kim Sweets / Patient Advocate

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/04/2017
Time: 2:08 pm
Signature of U.S. Marshal or Deputy: 5359

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65.00 | 6.42 | 8.00 FL/m | 71.42 | -0- | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)