UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8-17-cv-1987-T-36TBM

CARLOS RAMOS,

    Plaintiff,

v.

MERRITT WELLNESS CENTER,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Merritt Wellness Center, hereby gives notice that the Parties have reached a settlement of all claims in the above-captioned lawsuit and have finalized a written settlement agreement. Plaintiff has already signed the Agreement, and Defendant intends to sign upon return from vacation next week. As part of the Settlement, a Joint Stipulation for Dismissal with Prejudice will be filed.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872


By: */s/ Matthew S. Nelles*
Matthew S. Nelles
Florida Bar No. 9245
mnelles@bergersingerman.com
drt@bergersingerman.com

## SERVICE LIST

CARLOS RAMOS, *pro se*
6168 Layton Avenue
Spring Hill, FL 34608
Charlie.ramos@gmail.com


8236201-1