UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMOS,

    Plaintiff,

v.                                                            Case No: 8:17-cv-1987-T-36TBM

MERRITT WELLNESS CENTER,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation for Dismissal (Doc. 14). In accord with the Joint Stipulation for Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Stipulation for Dismissal is **APPROVED** (Doc. 14).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on December 12, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record